| | | | |
|---|---|---|---|
| | AUSA: Timothy E. Garcia | | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Garrett Meggison | | Telephone: 313-798-5196 |

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Michigan

United States of America

    v.

Luca DUSHAJ
a/k/a Louie Dushaj, a/k/a Luie Dushaj

Case: 2:26−mj−30158
Assigned To : Unassigned
Assign. Date : 3/24/2026
Description: CMP USA v Dushaj (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 6, 2026_____ in the county of _____Oakland_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Garrett Meggison, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___March 24, 2026___

_____
*Judge's signature*

City and state: _Detroit, MI_

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

I, Garrett Meggison, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served in that role since September 7, 2025. I am assigned to the Detroit Field Office. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Luca DUSHAJ, a/k/a Louie Dushaj, a/k/a Luie Dushaj, which reveal the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact I know about this case. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Luca DUSHAJ.

3. DUSHAJ is a 55-year-old native and citizen of Montenegro who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

4. On March 24, 1995, the former Immigration and Naturalization Service served DUSHAJ with Form I-221, Order to Show Cause and Notice of Hearing.

5. On November 6, 1997, DUSHAJ was convicted in the 41-B District Court in Clinton Township, Michigan, for operating under the influence of alcohol.

6. On December 15, 1997, an immigration judge in Detroit, Michigan granted DUSHAJ voluntary departure in lieu of deportation until March 15, 1998, with an alternate order of deportation to Montenegro. DUSHAJ did not depart the United States voluntarily.

7. On January 26, 2011, ICE Enforcement and Removal Operations (ERO) Detroit located and arrested DUSHAJ as an ICE fugitive and executed the order of deportation. DUSHAJ's removal was delayed because he refused to cooperate in obtaining a travel document for over a month. DHS removed DUSHAJ to Montenegro on May 26, 2011, out of the Chicago Airport.

8. On July 18, 2011, the 41-B District Court in Clinton Township, Michigan, issued a warrant for DUSHAJ's arrest for Criminal Sexual Conduct – Second Degree, Person Under Thirteen. Clinton Township

Police Department has indicated they do not intend to pursue those charges at this time.

9. On April 4, 2017, United States Border Patrol encountered DUSHAJ near Hildalgo, Texas, and reinstated his prior order of deportation. The Board of Immigration Appeals dismissed DUSHAJ's appeal on March 22, 2018. DHS removed DUSHAJ to Montenegro on June 3, 2018, out of the Washington D.C. Airport.

10. On or about March 6th, 2026, ERO Detroit conducted the targeted arrest of DUSHAJ at United States Citizenship and Immigration Services in Troy, Michigan. DUSHAJ was then transported to the Detroit Field Office for processing. DUSHAJ's prior order of removal has been reinstated.

11. At the Detroit Field Office, DUSHAJ' fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results confirmed that DUSHAJ is a citizen of Montenegro with the above immigration history who has been previously removed from the United States. The records checks did not provide any evidence that DUSHAJ legally entered the United States or had been issued any document or status that would allow him to enter or remain in the United States.

12. The aforementioned arrest was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

13. Review of the Alien File (A# xxx xxx 828) for DUSHAJ and queries in Department of Homeland Security databases confirm no record exists of DUSHAJ obtaining the express permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

14. Based on the above information, I believe there is probable cause to conclude that Luca DUSHAJ is an alien who was found in the United States after removal without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to reapply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Garrett Meggison, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in me
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

March 24, 2026